UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT FERRARA, | : | CIVIL ACTION NO: |
|     Plaintiff | : | 3:21-CV-01362 (JCH) |
| | : | |
| v. | : | |
| | : | |
| UNITED FINANCIAL BANCORP, INC. | : | |
| N/K/A PEOPLE'S UNITED BANK, N.A. | : | |
|     Defendant | : | JUNE 22, 2022 |
| | : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a) of the Federal Rules of Civil Procedure, Plaintiff Robert Ferrara and Defendant People's United Bank, N.A. hereby stipulate and agree that the above-captioned action shall be dismissed with prejudice and without costs or attorney fees to any party.

**Respectfully submitted,**

**DEFENDANT,**
**UNITED FINANCIAL BANCORP, INC.**
**N/K/A PEOPLE'S UNITED BANK, N.A.**

By /s/ James F. Shea
   James F. Shea (ct16750)
   james.shea@jacksonlewis.com
   Jackson Lewis P.C.
   90 State House Square, 8th Floor
   Hartford, CT 06103
   P: (860) 522-0404
   F: (860) 247-1330

**PLAINTIFF,**
**ROBERT FERRARA**

By: /s/ Gregg D. Adler
   Gregg D. Adler (ct05698)
   gdadler@lapmk.org
   Livingston, Adler, Pulda, Meiklejohn &
   Kelly, P.C.
   557 Prospect Avenue
   Hartford, CT 06105
   P: (860) 233-9821
   F: (860) 232-7818

## CERTIFICATION OF SERVICE

I hereby certify that on June 22, 2022 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing as indicated below. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                            */s/ James F. Shea*
                                            James F. Shea